UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

Cartrette, Pltf,
Robinson Ent.,
Dft.

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta
JUL 12 2007
JAMES N. HATTEN, CLERK
By: _____

Civil Action
No. 99-CV-3285-CAM

**PLTF'S EMERGENCY MOTION FOR RESCISSION OF SETTLEMENT AND/OR FOR COURT ORDER DIRECTING PLTF'S COURT APPOINTED COUNSEL TO PAY HIM FORTHWITH THE REMAINDER SETTLEMENT MONIES HE IS LAWFULLY DUE AND WHICH THEY ARE ILLEGALLY REFUSING TO PAY AND/OR TO SEND PLTF THE REQUIRED N.D.GA. FORMS TO FILE A CONVERSION CASE AGAINST THE COURT APPOINTED COUNSEL AND/OR FOR CONTEMPT OF COURT CITATION AND ABA NOTIFICATION OF COURT APPOINTED COUNSEL'S CONTEMPTUOUS CONDUCT**

GROUNDS/FACTS: AND EMERGENCY MOTION FOR EVIDENTIARY HEARING TO DETERMINE FACTS OF THIS ISSUE

1) Said Court App. Counsel is Jonathan R. Friedman, Jeffrey K. Baxter and McLendon W. Garrett @ McKenna, Long & Aldridge LLP @ 303 Peachtree St NE, Atlanta GA 30308.

2) Jonathan R. Friedman, behind Pltf's back w/ Dfts Counsel, made arrangements for settlement monies to be paid to him, not Pltf. Unbeknownst to Pltf or it would not have settled.

3) Pltf thereafter requested lesser payments (newspaper & magazine subscriptions, etc) from said settlement monies — which — after approximately 3 months were paid.

4) Pltf has demanded payment to him of the remainder of the settlement monies to each & every said court appt. counsel — and Mr McKenna, chief partner of McKenna, Long & Aldridge;

5) Said Court Appointed Counsel have for all or part of four (4) months refused, illegally, to pay Pltf his settlement monies;

6) #"5)" id., all the while said court appointed counsel or their law firm drawing interest on Pltf's monies that they are illegally withholding from him.

It is therefore Pltf respectfully requests Judge Moye order payment of Pltf's settlement monies to Pltf — or — send me forms for conversion case against the counsel he appointed — or — for evidentiary evidence hearing herewith and notification of ABA of the contemptuous & illegal conduct of court appt. counsel.

Respectfully submitted,

This 5th day of July, 2007

B.C.