Bob A Custard #02728-031
USP-Florence
United States Penitentiary
P-O Box 8500
Florence, CO 81226-8500

7/05/07

DKT # 99-CV-3285-CAM

Federal Court Clerk
USDC/N.D.GA/ATL-DIV
75 Spring St., S.W.

Dear Ms Klir,

Please find enclosed for EMERGENCY FILING

In the above ref'd civil action.

Please bring this to the attention

Of Federal District Judge Charles A. Moye, Jr.,

As soon as possible on an Emergency Basis. Please

Thank You Very Much

Sincerely,

[signature]